WILMER CUTLER PICKERING
   HALE AND DORR LLP
Mark D. Flanagan (SBN: 130303)
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Seth P. Waxman (*Pro Hac Vice*)
Randolph D. Moss (*Pro Hac Vice*)
Annie L. Owens (*Pro Hac Vice*)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Plaintiff The Boeing Company

EDMUND G. BROWN JR.
Attorney General of California
KEN ALEX
Senior Assistant Attorney General
DONALD ROBINSON (SBN: 72402)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2611
Facsimile: (213) 897-2802

Attorneys for Defendant Maziar Movassaghi
[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BOEING COMPANY, | ) Case No. 09-cv-03165-GEB-KJM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **REGARDING TIME TO FILE** |
| MAZIAR MOVASSAGHI, in his official | ) **REPLY BRIEF AND SUMMARY** |
| capacity as the Acting Director of the | ) **JUDGMENT HEARING** |
| California Department of Toxic Substances | ) |
| Control, | ) |
| Defendant. | ) |

1    WHEREAS on January 19, 2010, this Court approved the parties' stipulation regarding the summary judgment briefing schedule;

WHEREAS on January 22, 2010, Plaintiff The Boeing Company filed a notice and motion for summary judgment;

WHEREAS on February 19, 2010, Defendant Maziar Movassaghi filed an opposition to Plaintiff's motion for summary judgment;

WHEREAS the parties have conferred and, at the request of the United States, request that the court postpone the briefing and argument schedule by eight weeks;

IT IS HEREBY STIPULATED, pursuant to Local Rule 143, by the parties to this case and through their respective counsel, subject to approval by the Court, that (1) Plaintiff will file its reply in support of summary judgment on or before May 7, 2010; and (2) the motion for summary judgment will be rescheduled for hearing on May 17, 2010, subject to the Court's availability.

A proposed order follows this stipulation.

Dated:  March 3, 2010

    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    Mark D. Flanagan (SBN: 130303)
    1117 California Avenue
    Palo Alto, California  94304
    Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100

    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    Seth P. Waxman (*Pro Hac Vice*)
    Randolph D. Moss (*Pro Hac Vice*)
    Annie L. Owens (*Pro Hac Vice*)
    1875 Pennsylvania Avenue, N.W.
    Washington, D.C.  20006
    Telephone:  (202) 663-6000
    Facsimile:  (202) 663-6363

    THE BOEING COMPANY
    Steven W. Horton (*Pro Hac Vice*)
    J. Steven Rogers (*Pro Hac Vice*)
    Steven E. Rusak (*Pro Hac Vice*)
    Office of the General Counsel
    P.O. Box 3707 MC 7A-XP

Seattle, Washington 98124
Telephone: (425) 865-1074
Facsimile: (425) 865-7998

/s/ Randolph D. Moss
Randolph D. Moss

Attorneys for Plaintiff
The Boeing Company

EDMUND G. BROWN JR.
Attorney General of California
KEN ALEX
Senior Assistant Attorney General
DONALD ROBINSON (SBN: 72402)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2611
Facsimile: (213) 897-2802

/s/ Donald Robinson (as authorized on 3-2-2010)

Donald Robinson

Attorneys for Defendant Maziar Movassaghi

STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO FILE REPLY BRIEF
AND SUMMARY JUDGMENT HEARING

3

**ORDER**

IT IS SO ORDERED.

Dated: 3/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, California 94304