DANIEL P. SELMI, ESQ. (SBN 67481)
919 Albany Street
Los Angeles, CA 92662
Tel: (213) 736-1098
Fax: (949) 675-9871
dselmi@aol.com

Attorney for Amici Curiae
Southern California Federation of Scientists,
Los Angeles Chapter of Physicians for Social
Responsibility, Rocketdyne Cleanup Coalition, and
Committee to Bridge the Gap

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE BOEING COMPANY,<br><br>     Plaintiff,<br><br>     v.<br><br>MAZIAR MOVASSAGHI, in his official capacity as the Acting Director of the California Department of Toxic Substances Control,<br><br>     Defendant. | Case No. 09-cv-03165-GEB-KJN<br><br>**ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF**<br><br>Hearing Date:  March 22, 2010<br>at 9:00 a.m. before the Honorable<br>Garland E. Burrell, Jr. |

The motion of applicants Southern California Federation of Scientists, Los Angeles Chapter of Physicians for Social Responsibility, Rocketdyne Cleanup Coalition, and Committee to Bridge the Gap to file a brief amicus curiae is granted.

IT IS SO ORDERED.

Dated: 3/15/10

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER
CASE NO. 09-cv-03165-GEB-KJN

1