DANIEL P. SELMI, ESQ. (SBN 67481)
919 Albany Street
Los Angeles, CA 92662
Tel: (213) 736-1098
Fax: (949) 675-9871
dselmi@aol.com

Attorney for Amici Curiae
Southern California Federation of Scientists,
Los Angeles Chapter of Physicians for Social
Responsibility, Rocketdyne Cleanup Coalition, and
Committee to Bridge the Gap

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE BOEING COMPANY, | Case No. 09-cv-03165-GEB-KJN |
| Plaintiff, | **ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF** |
| v. | |
| MAZIAR MOVASSAGHI, in his official capacity as the Acting Director of the California Department of Toxic Substances Control, | Hearing Date:  March 22, 2010 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. |
| Defendant. | |

The motion of applicants Southern California Federation of Scientists, Los Angeles Chapter of Physicians for Social Responsibility, Rocketdyne Cleanup Coalition, and Committee to Bridge the Gap to file a brief amicus curiae is granted.

IT IS SO ORDERED.

Dated: 3/15/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER
CASE NO. 09-cv-03165-GEB-KJN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER
CASE NO. 09-cv-03165-GEB-KJN