IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BOEING COMPANY, | ) | |
| Plaintiff, | ) | 2:09-cv-03165-GEB-GGH |
| v. | ) | ORDER TO SHOW CAUSE |
| MAZIAR MOVASSAGHI, in his official capacity as the Acting Director of the California Department of Toxic Substances Control, | ) | |
| Defendant. | ) | |

      The parties are ordered to show cause why venue should not be transferred to the United States District Court for the Central District of California under 28 U.S.C. § 1404(a). Each party shall file a brief responding to this order no later than June 7, 2010. Any reply shall be filed no later than June 14, 2010. A hearing on these briefs will be held at 9:00 a.m. on June 21, 2010. The hearing on Plaintiff's summary judgment motion, currently scheduled for June 21, 2010, will be rescheduled following this hearing.

Dated: May 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge